# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANASSEH A. PHILIP,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>RANDY L. TEWS, Warden,<br><br>　　　　　　Respondent. | Case No. CV 16-02613 CJC (AFM)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Summarily Dismissing Petition for Lack of Subject Matter Jurisdiction,

　　　IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: April 22, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE